**KYLE R. KNAPPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Xavier Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 12 CR 00250 KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO** |
| | ) | RELIEVE DEFENDANT OF PROPERTY BOND |
| XAVIER JOHNSON, | ) | COMPONENT OF HIS RELEASE CONDITIONS |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; and Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that MR. Johnson be relieved of the requirement that his father's property be posted as secured collateral. Further, that he may remain released on the $50,000.00 unsecured property bond with his father and sister as sureties.

On August 17, 2012 at Mr. Johnson's detention hearing, the Honorable Gregory Hollows ordered that a component of Mr. Johnson's $50,000.00 bond be secured by whatever equity existed in a Toledo, Ohio property owned by Mr. Johnson's father. According to Zillow, the Ohio property had a prospective value of over $20,000.00.

In the course of garnering the bond paperwork we secured an appraisal on the property. It came back with a value of only $500.00, as the property is currently uninhabitable. The

cost to secure the governments interest in the property far outstrips the value of the property.

Mr. Johnson is in compliance with all other terms and conditions of his release. He has remained in communication with his pre-trial services officer and tested negative on all occasions. He surrendered his passport.

Accordingly, counsel for the government and the defendant hereby stipulate that Mr. Johnson remain out of custody on the $50,000.00 unsecured bond and that he be relieved of the condition that his father's Ohio property be posted.

Dated: September 18, 201            Respectfully submitted.

                                             /s/ Kyle R. Knapp
                                             Kyle R. Knapp
                                             Attorney for Defendant, Xavier Johnson

Dated: September 18, 2012          Respectfully submitted.

                                             /s/ Matthew Morris
                                             Matthew Morris
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. Johnson's release conditions be modified so that he is no longer required to post his father's Ohio property and that he remain free on his $50,000.00 unsecured property bond. All other terms and conditions will remain in effect.

Dated: September 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE