**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Xavier Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 12 CR 00250 TLN |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO** RELIEVE DEFENDANT OF RANDOM DRUG TESTING COMPONENT OF HIS RELEASE CONDITIONS |
| XAVIER JOHNSON, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff; and Kyle Knapp, attorney for defendant, XAVIER JOHNSON, that MR. Johnson be relieved of the requirement that he submit to random drug testing at the request of his pre-trial services officer. His pre-trial services officer suggested this change and the allegations against him are not controlled substance related. A copy of his Amended Release Conditions are attached to this stipulation as Exhibit A.

Mr. Johnson is in compliance with all other terms and conditions of his release. He has remained in communication with his pre-trial services officer and tested negative on all occasions.

Accordingly, counsel for the government and the defendant hereby stipulate that Mr. Johnson's

//

//

pre-trial release conditions be modified to delete the requirement that he submit to random drug testing.

Dated: April 8, 2013 Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Xavier Johnson

Dated: April 8, 2013 Respectfully submitted.

   /s/ Kyle R. Knapp for
Matthew Morris
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Mr. Johnson's release conditions be modified so that he is no longer required to submit to random drug testing at the direction of his pretrial services officer. All other terms and conditions will remain in effect and the Amended Release Conditions attached in Exhibit A are hereby adopted.

Dated: April 9, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Exhibit A**

**AMENDED Conditions of Release
Xavier L. Johnson
Docket 2:12-CR-250-KJM**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California and the Northern District of Georgia for court purposes only without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

10. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

11. You shall appear for all traffic court proceedings regarding the pending state case in Georgia; and

12. You shall not associate or have any contact with co-defendant, William L. Brown, unless in the presence of defense counsel or otherwise approved in advance by the pretrial services officer. You shall only have contact with co-defendant, Kristin Caldwell, for the purpose of facilitating child custody issues and visitation arrangements.