KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  No. 2:12-cr-00250 TLN
                                    )
          Plaintiff,                )  STIPULATION AND ORDER
                                    )  CONTINUING STATUS CONFERENCE
                                    )  AND TO EXCLUDE TIME
v.                                  )
                                    )  Date:  May 8, 2013
                                    )  Time:  9:30
XAVIER JOHNSON,                     )  Judge:  Honorable Troy L. Nunley
KRISTIN M. CALDWELL,                )
WILLIAM L. BROWN.                   )
                                    )
                                    )
          Defendants.               )
                                    )
_____

          IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with

Kyle Knapp, attorney for defendant, Xavier Johnson, and Kelly Babineau, attorney for

defendant Kristin Caldwell, and William Du Bois attorney for William Brown, that the

previously scheduled status conference date, currently set for May 8, 2013, be vacated and that

the matter be set for status conference on June 20, 2013 at 9:30am.

          This continuance is requested to allow defense counsel additional time to analyze the

discovery in this matter and to potentially negotiate plea agreements. The government concurs

with this request.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 6, 2013 to and including June 20, 2013.

Accordingly, the remaining parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: May 6, 2013        /s/ Kyle Knapp
                 KYLE KNAPP
                 Attorney for Defendant
                 XAVIER JOHNSON

Dated: May 6, 2013        /s/ Kyle Knapp for
                 KELLY BABINEAU
                 Attorney for Defendant
                 KRISTIN CALDWELL

Dated: May 6, 2013        /s/ Kyle Knapp for
                 WILLIAM H. DU BOIS
                 Attorney for Defendant
                 WILLIAM BROWN

Dated: May 6, 2013        U.S ATTORNEY'S OFFICE

             by:  /s/ Kyle Knapp for
                 MATTHEW MORRIS
                 Assistant U.S. Attorney
                 Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 6, 2013 to and including June 20, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the May 8, 2013, status conference date be continued to June 20, 2013 at 9:30am.

**IT IS SO ORDERED**.

DATED:      May 13, 2013

_____
Troy L. Nunley
United States District Judge