KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
XAVIER JOHNSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER JOHNSON,<br>KRISTIN M. CALDWELL,<br>WILLIAM L. BROWN.<br><br>Defendants. | No. 2:12-cr-00250-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: September 12, 2013<br>Time: 9:30 am.<br>Judge: Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, together with Kelly Babineau, attorney for defendant Kristin Caldwell; William Dubois, attorney for defendant William L. Brown and Kyle Knapp, attorney for defendant Xavier Johnson that the previously-scheduled status conference, currently set for September 12, 2013, be vacated and that the matter be set for status conference on October 17, 2013 at 9:30 a.m.

Counsel have conferred and this continuance is requested to allow defense counsel additional time to finalize review of the discovery, met again with our clients, investigate

1

possible defenses and to continue exploring the facts of the case. I believe there may be some additional discovery materials forthcoming that will have to be reviewed.

  IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 10, 2013 up to and including October 17, 2013.

IT IS SO STIPULATED.

Dated: September 10, 2013           BENJAMIN B. WAGNER
                     UNITED STATES ATTORNEY

               by:   /s/ Matthew Morris
                     MATTHEW MORRIS
                     Assistant U.S. Attorney
                     Attorney for Plaintiff

Dated: September 10, 2013           /s/ Kelly Babineau
                     KELLY BABINEAU
                     Attorney for Defendant
                     Kristin Caldwell

Dated: September 10, 2013           /s/ William Dubois
                     WILLIAM DUBOIS
                     Attorney for Defendant
                     WILLIAM L. BROWN

Dated: September 10, 2013           /s/ Kyle R. Knapp
                     KYLE KNAPP
                     Attorney for Defendant
                     XAVIER JOHNSON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's September 12, 2013 criminal calendar and re-calendared for status conference on October 17, 2013.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on September 10, 2013 through and including October 17, 2013.

**IT IS SO ORDERED**.

Dated: September 10, 2013

_____
Troy L. Nunley
United States District Judge